February 3, 2015

Jeffrey D. Kyle
Third Court of Appeals
P.O.  Box 12547
Austin, Texas  78711


Re:  Cause No. D-1-GN-13-003462
      Court of Appeals No:  03-14-00645-CV

Style:  Miriam L. Stansberry v. Tx School for the Blind and Visually Impaired

Dear Mr. Kyle:

I  have not been paid for the record that was due on January 30, 2015.  As soon as payment is received, I will upload the Reporter's Record.


/s/ LaSonya Thomas
Official Court Reporter, 261st District Court
(512) 854-9331